■ MICHELLE ANDERSON, Appellant, v HOUSE OF GOOD SAMARITAN HOSPITAL et al., Respondents. (Appeal No. 1.) [773 NYS2d 684]—Appeal from an order of the Supreme Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered July 30, 2002. The order denied plaintiff's motion to confirm the first amended complaint as in compliance with a prior order.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Wisner, J.P., Hurlbutt, Kehoe, Lawton and Hayes, JJ.